IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>     Plaintiff,<br><br>     v.<br><br>A.V.M. ENTERPRISES, INC., a Tennessee corporation, and JOHN DOES 1-5,<br><br>     Defendants. | Civil Action No. 3:17-CV-1078-VAB<br><br>CLASS ACTION |

**DEFENDANT'S MOTION TO DISMISS**

NOW COMES Defendant, A.V.M. ENTERPRISES, INC., pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for the reasons set forth in the accompanying Memorandum, and respectfully moves Plaintiff's Complaint in its entirety and with prejudice.

                                              Respectfully submitted,
                                              A.V.M. Enterprises, Inc.

Eric L. Samore
Yesha Hoeppner                         By:  /s/ Erin A. Walsh
Erin A. Walsh                                 One of its attorneys
SmithAmundsen LLC
150 N. Michigan Avenue #3300
Chicago, IL 60601
 (312) 894-3251

Melicent B. Thompson, ct19868
Litchfield Cavo LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089-9694
Tel:  (860) 413-2800
Fax:  (860) 413-2801
thompson@litchfieldcavo.com

1

## CERTIFICATION OF SERVICE

       I hereby certify that on this 2d day of October, 2017, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone

[x]    Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: October 2, 2017.

                                                                   /s/ Erin A. Walsh