IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GORSS MOTELS INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,**<br><br>                **Plaintiff,**<br><br>        v.<br><br>**A.V.M. ENTERPRISES, INC., a Tennessee corporation, and JOHN DOES 1-5,**<br><br>                **Defendants.** | **Civil Action No. 3:17-CV-1078-VAB**<br><br>**CLASS ACTION** |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiffs, Gorss Motels, Inc. ("Plaintiff" or "Gorss"), individually and on behalf of all others similarly situated, hereby moves the Court for class certification pursuant to Fed. R. Civ. P. 23(a) and (b)(3) and states the following in support:

1. As detailed in Plaintiff's incorporated Memorandum, this case arises out of Defendant A.V.M. Enterprises, Inc. (collectively, "Defendant" or "AVM") fax broadcast advertising the availability and quality of AVM's products and services. The two (2) fax broadcasts, conducted on June 15, 2015, and May 16, 2016, resulted in faxes being successfully sent to 6,181 fax numbers.

2. Plaintiff received these 2 faxes, and brought this lawsuit alleging the Fax violated the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227(b)(3).

3. The Faxes, attached to Plaintiff's Memorandum in Support as Exhibit A, state the following: (i) "May Savings, Amenities & More," and (ii) "Summer Sales – Make Us Your Bedding Supplier."

4. It cannot be genuinely disputed that the Faxes are an "advertisement" under the TCPA and its implementing regulations, and that Defendant is a "sender" of the Faxes. Plaintiff has submitted the list to which the Faxes were transmitted along with exception reports which identify unsuccessful transmission attempts. Comparing the list with the exception report identifies the persons/entities to whom the Faxes were successfully transmitted.

**Precise Relief Requested**

5. Pursuant to Rules 23 of the Federal Rules of Civil Procedure, Plaintiff seeks an Order from this Court certifying the following class:

> All persons or entities who were successfully sent a facsimile on or about June 15, 2015, and May 16, 2016 stating: "May Savings, Amenities & More," and "Summer Sales – Make Us Your Bedding Supplier" identifying sales for bedding, can liners, air conditioners, and luggage carts.

6. Plaintiff also seeks an Order from the Court appointing Plaintiff as class representative and appointing Ryan M, Kelly of Anderson + Wanca and Aytan Y. Bellin of Bellin & Associates as class counsel.

**Basis of Relief Requested**

7. As explained in Plaintiff's Memorandum of Law, Plaintiff seeks to certify a class of all those persons who were sent the Faxes in violation of the TCPA and its implementing regulations. Rule 23(a) and (b) requirements are easily satisfied – the Faxes were successfully sent to 6,181 fax numbers, Defendant's conduct is uniform as to all putative class members, common questions predominate, are typical, and can be addressed on a class-wide basis. Further, a class action is the superior method of litigating this case. Finally, the class is ascertainable.

8. Plaintiff submits that its counsel, the law firms of Anderson + Wanca and Bellin & Associates are highly experienced in TCPA class action-litigation and should be appointed under

Rule 23(g), and Plaintiff should be appointed class representative, as it has no conflicts and will actively and adequately prosecute this action.

Dated: October 26, 2018                  Respectfully submitted,

GORSS MOTELS, INC., individually and as the representative of a class of similarly-situated persons

By:  /s/ Ryan M. Kelly
Ryan M. Kelly   ct30230

Ryan M. Kelly
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Facsimile:  (847) 368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com

Aytan Y. Bellin
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plaines, NY  10606
Telephone:  (914) 358-5345
Facsimile:   (212) 571-0284
Aytan.Bellin@bellinlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                 s/ Ryan M. Kelly