UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GORSS MOTELS INC.

    Plaintiff,

    v.                                                               Case No. 3:17-cv-01078(KAD)

A.V.M. ENTERPRISES, INC.,
JOHN DOES 1-5,

    Defendants.

## JUDGMENT

    This matter came on for consideration of cross motions for summary judgment between Gorss Motels Inc. and A.V.M. Enterprises, Inc., [ECF Nos. 90, 92] before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. On March 26, 2021, the Court issued a ruling granting A.V.M. Enterprises' motion for summary judgment and denying Gorss Motels' motion for summary judgment. By order entered on April 5, 2021, all claims against Defendants John Doe 1-5 were dismissed. Accordingly, judgment shall enter in favor of A.V.M. Enterprises, Inc. It is therefore;

    ORDERED, ADJUDGED AND DECREED that judgment enter in favor of A.V.M. Enterprises, Inc. and the case is closed.

    Dated at Bridgeport, Connecticut, this 19th day of April 2021.

                                                                       ROBIN D. TABORA, Clerk

                                                                        By: /s/ Kristen Gould
                                                                           Kristen Gould
                                                                           Deputy Clerk

EOD: 4/19/2021