## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GORSS MOTELS, INC., individually and as )
the representative of a class of similarly- )
situated persons, )
  )
                Plaintiff, )   Case No. 3:17-cv-1078-KAD
         v. )
  )
A.V.M. ENTERPRISES, INC., a Tennessee )
corporation, )
  )
             Defendant. )

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Gorss Motels, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from (1) the Memorandum of Decision denying Plaintiff's Motion for Class Certification, entered September 10, 2019 (Doc. 86); (2) the Memorandum of Decision denying Plaintiff's Motion for Summary Judgment and granting the Motion for Summary Judgment of Defendant, A.V.M. Enterprises, Inc., entered March 26, 2021 (Doc. 114); and (3) the Judgment in favor of Defendant, entered April 19, 2021 (Doc. 117).

Respectfully submitted,

GORSS MOTELS, INC., individually and as the representative of a class of similarly-situated persons

By: /s/ Ryan M. Kelly
Ryan M. Kelly ct30230

Aytan Y. Bellin
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plaines, NY 10606
Telephone: (914) 358-5345
Facsimile: (212) 571-0284
Aytan.Bellin@bellinlaw.com

Ryan M. Kelly
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

 /s/ Ryan M. Kelly

Ryan M. Kelly – ct30230

**ANDERSON + WANCA**

3701 Algonquin Road, Suite 500

Rolling Meadows, IL 60008

Telephone: 847-368-1500

Fax: 847-368-1501

rkelly@andersonwanca.com